[Cite as *Aggressive Mechanical, Inc. v. Ohio School Facilities Comm.*, 2012-Ohio-6333.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

AGGRESSIVE MECHANICAL, INC.

      Plaintiff

      v.

OHIO SCHOOL FACILITIES COMMISSION

      Defendant

Case No. 2010-12745

Judge Joseph T. Clark
Magistrate Holly True Shaver

JUDGMENT ENTRY

{¶ 1} On September 18, 2012, the magistrate issued a decision recommending judgment for plaintiff.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

{¶ 3} Civ.R. 53(D)(4)(e)(i) provides: "The court may enter a judgment either during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections to a magistrate's decision or after the fourteen days have expired. If the court enters a judgment during the fourteen days permitted by Civ.R. 53(D)(3)(b)(i) for the filing of objections, the timely filing of objections to the magistrate's decision shall operate as an automatic stay of execution of the judgment until the court disposes of those objections and vacates, modifies, or adheres to the judgment previously entered."

**{¶ 4}** The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of plaintiff.

_____
JOSEPH T. CLARK
Judge

cc:

David A. Beals
Jon C. Walden
Assistant Attorneys General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Douglas M. Beard
Michael F. Copley
1015 Cole Road
Galloway, Ohio 43119

002
Filed September 18, 2012
To S.C. Reporter January 28, 2013